## DINKINS V. LATHAM.

(Decided June 2, 1910.   Rehearing denied June 30, 1910.)

APPEAL from Lowndes Circuit Court.

Heard before Hon. J. C. RICHARDSON.

GOODWYN & MCINTYRE, and EVANS HINSON, for appellant.   J. M. CHILTON and GUNTER & GUNTER, for appellee.

MCCLELLAN, J.—Affirmed on the authority of *Dinkins v. Latham,* 154 Ala. 90; 45 South. 60, all the justices concurring.

---

## DORKENS V. THE STATE.

(Decided May 19, 1910.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. W. E. FORT.

No counsel marked for appellant.   ALEXANDER M. GARBER, Attorney General, for the State.

MAYFIELD, J.—Affirmed for want of error in the record.

DOWDELL, C. J., SIMPSON and MCCLELLAN, JJ., concur.